Town of West Seneca, Appellant, v. Seneca Shopping Plaza, Inc., Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment refusing to restrain defendant from constructing a shopping plaza, and dismissing plaintiff's complaint.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

■

Arthur J. McPherson, Respondent, v. General Crushed Stone Company et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

■

Joseph J. Lunghino, Appellant, v. Lorenzo's Inc., Respondent.— Appeal dismissed, without costs upon stipulation.

■

Jack R. Caruana, Doing Business as J. R. Caruana Construction Co., Appellant, v. Joseph Di Tondo et al., Respondents.— Motion granted and appeals dismissed, with costs, together with $10 motion costs.

■

Earle Congelton, Appellant, v. T. Cohn, Inc., Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■

In the Matter of the Construction of the Will of James I. George, Deceased. —Appeal dismissed, without costs upon stipulation.

■

Mandel G. Shulman, as Administrator with the Will Annexed of Morris Shulman, Deceased, Respondent, v. First Bank & Trust Company of Utica et al., Appellants.— Motion to dismiss appeal taken by notice of appeal dated and filed May 10, 1954, granted to extent that appeal taken by the second paragraph of said notice of appeal is dismissed, otherwise motion denied.

■

In the Matter of the Arbitration between National Association of Broadcast Engineers and Technicians, by George Maher, as Treasurer, Respondent, and W. K. B. W., Inc., Appellant.— Appeal dismissed, without costs upon stipulation.